# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

RICHARD BROOKS GAMEZ            CIVIL 08-160 (PGS)

    V.

                                            O R D E R

STATE OF NEW YORK, et al

      It appearing that proceedings in the above matter have been stayed,

      It is on this 30th day of October , 2009,

      ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

                                                    /s/ Peter G. Sheridan
                                                    PETER G. SHERIDAN, U.S.D.J.